**From:** Eduardo <Eduardo@cmcmanagement.biz>
**Sent:** Monday, January 24, 2022 8:53 AM
**To:** Fleur Heaton <fleur@fleurrealtygroup.com>
**Subject:** FW: Hamlet at Poinciana Condominium - ESA or Service Animal Application Packet

Fleur,

See below. And application attached

**From:** Russell Donnelly
**Sent:** Friday, January 21, 2022 5:47 PM
**To:** Eduardo <Eduardo@cmcmanagement.biz>
**Subject:** Fw: Hamlet at Poinciana Condominium - ESA or Service Animal Application Packet

perspective buyers for unit 318 must complete the attached forms for verification and approval by our legal staff.prior to interview appointment ,we are a no pet bldg and association and do not recognize esa animals , only State Certified support animals., if their application passes our legal review we will grant interview;

**EXHIBIT 1**