**From:** Eduardo <Eduardo@cmcmanagement.biz>
**Sent:** Tuesday, February 1, 2022 12:10 PM
**To:** Fleur Heaton <fleur@fleurrealtygroup.com>
**Subject:** Fwd: closing

See below

Eduardo Romero

Property Manager

CMC Management, Inc.

2950 Jog Road

Greenacres, FL 33467


561-641-1016 Office

561-641-9118 Fax

---

**From:** Russell Donnelly
**Sent:** Tuesday, February 1, 2022 12:01 PM
**To:** Eduardo
**Subject:** closing


Because of the complexity of purchase of 318 we will not be able to do interview until the week of February 6th, 2022, the Hamlet Board will let you know,

**EXHIBIT 5**

**Subject:** Fwd: Allan & Beverly Buncher p-f Juan Coccurello - 6698 10 Av N, #318, Lake Worth

---------- Forwarded message ---------
From: **Fleur Heaton** <fleur@fleurrealtygroup.com>
Date: Tue, Feb 1, 2022 at 1:11 PM
Subject: Allan & Beverly Buncher p-f Juan Coccurello - 6698 10 Av N, #318, Lake Worth
To: Eduardo <Eduardo@cmcmanagement.biz>
Cc: Danny@cohenlegalfl.com <danny@cohenlegalfl.com>, Karla Vargas <karla@cohenlegalfl.com>, Alan Buncher <██████@gmail.com>, Buncher, Beverly & Allen <bev██████@gmail.com>, Bob Heaton <bob@fleurrealtygroup.com>

Thanks for passing this along Eduardo. We fail to see what is complicated about this and feel that the delay is unwarranted, and perhaps in contravention of the Declaration, that appears to allow 15 days for approval. As the Broker for both the Buyer and Seller, however, this is not a claim for me to make.

The application with the two letters from the psychologist that support the need for accommodation for the emotional support animals was submitted on 1/3, tomorrow, 30 days ago.

Our goal is to have a smooth and pleasant approval process, not to get into a squabble. Please do take into consideration that this delay is unnecessary and is providing undo hardship to the Bunchers, who are a delightful couple and will be a tremendous asset to the Hamlet community.

Copying our title attorney and staff so that they are aware of the reason for the delay in closing, set by contract on or before Friday, February 4. (their loan was approved last week, so the Association approval is the only thing holding up closing)





**Fleur Life Heaton**
*President / Broker / BK3034833*
**Fleur Realty Group, Inc.**
1250 South Pine Island Road

Suite 450
Plantation, FL 33324
**(954) 673-4347**
Fax: (954) 636-1319
Please Like Us on Facebook! www.fb.com/FleurRealtyGroup