# HAMLET AT POINCIANA CONDOMINIUM ASSOCIATION, INC.

## GUIDELINES AND RULES

### FOR

### EMOTIONAL SUPPORT ANIMALS AND SERVICE ANIMALS

The Hamlet at Poinciana Condominium Association ("Hamlet") is a "no pet" building: our rules do not permit pets or animals that are not approved as Emotional Support Animals (ESA) or service animals, on our property or in any buildings. If your pet or animal has not been approved by the Association in writing as an Emotional Support Animal (ESA) or Service Animal, the animal must be removed immediately, as this is a violation of the Hamlet's Rules and Regulations. All Emotional Support Animals and Service Animals are subject to the additional care rules below for ESA and Service Animals on the Hamlet property.

If you are approved by the Board to keep an Emotional Support Animal or a Service Animal Approval, you will be allowed to have the animal reside with you inside your residence and must adhere to the following guidelines:

___ The ESA or Service Animal must be carried on the Hamlet catwalks or property, must be carried when outside of the unit, and must be carried off the property to do their daily business.

___ The ESA must be kept on a leash at all times when outside of the Unit.

___ The ESA must be carried when on the Hamlet Elevators.

___ The ESA is not permitted on any Hamlet easement outside of the unit.

___ The ESA is not permitted in the pool.

___ Any nuisances, such as excessive barking, aggressiveness, or any animal-related disturbance will not be tolerated.

**EXHIBIT 6**

___ Any non-compliance with the above rules will make you as a homeowner subject to appropriate fines by the Board of Directors of the Hamlet <u>at the maximum fine amount permitted by law.</u>

___ As owner, you will be held solely responsible for any and all damages caused by your animal, whether to person or property.

_____        _____
**Representative, Hamlet at Poinciana**        **Purchaser of unit #_____**