

# Marcy I. LaHart PA

249 SE Tuscawilla Road
Micanopy, FL 32667
352/545-7001
Fax: 888-400-1461
marcy@floridaanimallawyer.com

February 3, 2022

Re: Hamlet at Poinciana Condominium Inc.
    Beverly and Alan Buncher/ Unit 318

Eduardo Romero, Property Manager         via email: eduardo@cmcmanagment.biz
CMC Management Inc
2950 Jog Road
Greenacres, FL 33467

Dear Mr. Romero:

I represent Beverly and Alan Buncher, who are scheduled to close on the above referenced unit in the Hamlet at Poinciana Condominium Inc. tomorrow, February 4, 2022. I am in receipt of an email you forwarded from Board President Russell Donnelly stating that because of the "complexity" of the purchase my clients will not be interviewed until next week- after their scheduled closing date. This is totally unacceptable.

Mr. Donnelly's prior email stating that "we are a no pet bldg and association and do not recognize esa animals , only State Certified support animals" (sic) evinces a remarkable ignorance of Hamlet at Poinciana Condominium Inc.'s obligations under the Fair Housing Act. There is simply no such thing as a "State Certified support animal." Hamlet at Poinciana Condominium Inc. is obligated under state and Federal law and Palm Beach County ordinance to waive any pet restriction for residents and prospective residents that rely upon emotional support animals. It was illegal to command that my clients complete a specific form after you were provided letters from their mental health care provider verifying that both Beverly and Alan Buncher have disability related needs for their emotional support animals. It was similarly illegal to require them to sign a form consenting to allow their healthcare provider to speak with a representative of the Association. You were provided signed releases against my legal advice as my clients were trying to cooperate. It is illegal to require disabled residents to carry their assistance animals when outside their units.

Hamlet at Poinciana Condominium Inc. own governing documents provide that if approval is not given within 15 days of application failure to act is considered approval of the sale. There is nothing complex about my clients' proposed purchase of a unit at Hamlet at Poinciana Condominium Inc., and the month-long delay in approving their application or even scheduling

**EXHIBIT 7**

them for an interview at this point constitutes an illegal constructive denial of their requested accommodations. If the Bunchers are not provided an interview within the next 24 hours so that they may close on their contracted unit I will take legal action against Hamlet at Poinciana Condominium Inc. as well as Mr. Donnelly personally.

Sincerely,

s/ *Marcy I. LaHart*
Marcy LaHart, Esq.