**From:** Russell Donnelly <rdonn47@yahoo.com>
**Sent:** Friday, February 4, 2022 7:47 PM
**To:** Eduardo <eduardo@cmcmanagement.biz>; Fleur Heaton <fleur@fleurrealtygroup.com>
**Cc:** joe_malka@yahoo.com; HARV TAB <htabachnick@hotmail.com>; ALLAN ZINN <anzinn0409@gmail.com>; Wayne Farrow <wfarrow555@gmail.com>; Barbara Crespy <cheroke4@gmail.com>; shelda <shelda@rentorbuyrealty.com>
**Subject:** unit318

In response to Fleur Real Estate accusation that we are making up rules as we go along.....

    Fleur I didn't know that you were also a psychic along with being a real estate broker. These rules were developed for your information in Feb. 2021. it is just presently that we have had to utilize them because of the situation you created by insisting on bringing clients with pets. I would say this, you did not enter this blindly, you knew what could happen, personally I think it was a disservice to your clients when there are a number of associations here at Poinciana that allow pets. The issue is that you are trying to close two doors at the same time. Presently the only adjustment to the rules, that you erroneously concluded were just made, was a review by our law firm to make sure that the Hamlet Guidelines and Rules were correctly stated and within the law when presented to your clients, by the way these rules are not presented until the client passes ESA certification by our legal team, presenting them up front serves no purpose if the applicants fail certification. Next, the weight of the animals in question is bizarre for you to even bring up, your clients pets in question can't be more than 5 lbs, I didn't see an over weight chihuahua in the picture and this requirement doesn't apply to seeing eye dogs, they are actual support animals and are necessary to lend support to their handicapped owner an ESA animal on the other hand is for comfort only and doesn't provide any physical support to anyone. If they want to pursue hardship then they can and if they satisfy the requirements they would be granted reasonable accommodation, but their disability is not physical.

    Their papers are in order for an ESA animal, which we will respect, but if they truly want to live here they will have to acknowledge the rules of the Hamlet and abide by them, not signing them is like telling us they do not want to be responsible for the animals future conduct. Lets face it the probability of noise is high with the presence of two animals, in one unit, and up front the Hamlet will not tolerate that at all. Many residents have already emailed me that the no pet policy was a major reason they purchased here and actually feel threatened by the turn of events. What you are trying to do is respect one persons desires and needs over another's, we have the right to enforce our Community Rules. Everyone living here knew up front that this was a no pet building and acknowledged it when they purchased their unit. Fleur this is our process, you may not like it but you don't have to, it's our process not yours. Complete the process and we can move on.

**EXHIBIT 8**

Fleur get things straight.

Russ Donnelly