From: **Hamlet Community** <hamletcommunity10th@gmail.com>
Date: Fri, Jan 10, 2025 at 6:30 PM
Subject: Dog Registration & Approval
To: <bev█████@gmail.com>

Hello Beverly & Alan,
I spoke with the Board and they confirmed that you have to contact Eduardo at CMC Management to get the paperwork required to have your new dog approved to come into the community.
I was also informed that you are not allowed to have the dog on the premises until the paperwork is completed and approved by CMC Management. Apparently you were told this when getting approval for your last two dogs. That fact that they passed away doesn't automatically approve your new dog.
My apologies for having to pass on this bad news for you. I don't make the rules and am just the messenger. Is there someone who can care for the dog for you until you receive approval? I'd hate to see you not get approved because the rules weren't followed.
Rhonda Borean
Hamlet Community Relations

**EXHIBIT 9**

From: **Beverly Buncher** <bev▇▇▇▇@gmail.com>
Date: Mon, Jan 13, 2025 at 11:43 AM
Subject: Re: CMC Form?
To: Hamlet Community <hamletcommunity10th@gmail.com>

Hi Rhonda.
As I have already been approved for an ESA and continue to receive therapeutic care, the law only requires that we let you know when we get a new ESA and provide shot records for our ESA.
We also included a picture.
Thanks,
Bev

On Mon, Jan 13, 2025 at 10:57 AM Hamlet Community <hamletcommunity10th@gmail.com> wrote:
> Beverly, did you get and fill out the form from CMC? I didn't see it in your last attachment.

**From:** Beverly Buncher <bev▇▇▇▇▇@gmail.com>
**Sent:** Monday, January 13, 2025 9:35 AM
**To:** Eduardo <Eduardo@cmcmanagement.biz>
**Cc:** Hamlet Community <hamletcommunity10th@gmail.com>; Alan Buncher <a▇▇▇▇@gmail.com>
**Subject:** required records for our new ESA - please confirm receipt

66989 Tenth Ave N, Apt 318

Lake Worth, FL 33467

Bev▇▇▇▇@gmail.com

January 13, 2025

To

Eduardo Romero, Property Manager

eduardo@cmcmanagement.biz

CMC Management Inc

2950 Jog Road

Green Acres, FL 33467


CC

Rhonda Borean

Hamletcommunity10th@gmail.com

Hamlet Community Relations


Dear Eduardo and Rhonda,

Unfortunately, our two prior ESA's Hercules and Maxie both passed in 2024.

As we all know, we have been approved for up to two ESA's here at the Hamletsand are legally required to give you shot records. At this time, we have one ESA.

This letter is written to provide the annual dog shots record for and a picture of our new ESA Bella.

Please confirm receipt.

Thank you.

From: **Eduardo** <Eduardo@cmcmanagement.biz>
Date: Thu, Jan 16, 2025 at 3:25 PM
Subject: RE: required records for our new ESA - please confirm receipt
To: Beverly Buncher <bev███████@gmail.com>
Cc: Hamlet Community <hamletcommunity10th@gmail.com>

Good afternoon Beverly,

We need you to please fill the whole paperwork. See attached

### Eduardo Romero, LCAM

### Community Association Manager

Century Management Consultants, Inc.

Off: (561) 641-1016 ext. 110|
Eduardo@cmcmanagement.biz

Fax: (561) 641-9118 | 2950 Jog Road, Greenacres, Florida 33467



DISCLAIMER:

This communication is confidential and may be legally privileged. If you are not the intended recipient, (i) please do not read or disclose to others, (ii) please notify the sender by reply mail, and (iii) please delete this communication from your system. Failure to follow this process may be unlawful. Thank you for your cooperation.