### Hamlet Guidelines and Rules for EMOTIONAL SUPPORT~~SA~~ ANIMALS AND SERVICE ANIMALS~~Animals~~

The Hamlet is a no pet building and does not permit pets ~~or animals~~ on or in our property. If your pet is not approved by the Association in writing as an Emotional Support Animal or Service , it must be removed immediately as this is a violation of the Association's Rules and Regulations~~a State Certified Trained Support~~ All Emotional Support Animals and Service Animals are ~~you will be~~ subject to the following additional care rules for ESA and Service Animals on Hamlet property. ~~These rules apply to any animal deemed an ESA animal (emotional support animal) not a State Certified Trained Support Animal needed for physical support.~~

If you are approved by the Board~~qualify~~ for an Emotional Support~~SA~~ Animal or Service Animal~~Approval (emotional support animal)~~ you will be allowed to have the animal reside with you inside your residence and must adhere to the following guidelines ~~when leaving residence.~~

___ The ESA or Service A~~a~~nimal must be carried ~~is not permitted~~ on the Hamlet catwalks or property,

— And they must be hand carried when outside of their unit, and hand carried

~~off the property to do their daily business.~~

___ The Animal must be on a leash at all times when outside of the Unit.

___ The ESA Animal must be carried when ~~is not permitted entry onto~~ Hamlet Elevators, ~~they must~~

~~be carried down the stairways to the ground level and off property.~~

___ The ESA Animal is not permitted on any Hamlet easement outside of the unit and is not permitted in the pool. ~~area.~~

___ Any nuisances, such as e~~E~~xcessive barking, aggressiveness, or animal related disturbance will not be tolerated.

___ ~~Because ESA Animals are not needed for Handicap support, ie: seeing eye dogs etc. carrying your animal will help you establish a secure and~~

**EXHIBIT 10**

~~emotional bond, which is the whole point of having an ESA Animal.~~

___ Any non-compliance to the above rules will make you as a homeowner subject to appropriate fines by the Board of Directors of the Hamlet <u>as the maximum amount permitted by law.</u>

___ <u>Owner is solely responsible for any and all damages caused by the animal, whether to person or property,</u> ~~which as stated in our by-laws can be $100.00 fine per day per offense to a maximum of 10 days or $1,000.00 for each offense.~~

> Formatted: Font: (Default) Times New Roman, 14 pt
>
> Formatted: Underline

_____    _____
**Representative Hamlet at Poinciana**    **ESA Purchaser of unit**