

## Marcy I. LaHart PA

249 SE Tuscawilla Road
Micanopy, FL 32667
352/545-7001
Fax: 888-400-1461
marcy@floridaanimallawyer.com

January 28, 2025

Re: Beverly and Alan Buncher


Eduardo Romero, Property Manager           via email: eduardo@cmcmanagment.biz
CMC Management Inc
2950 Jog Road
Greenacres, FL 33467

Rhonda Borean                              via email: hamletcommunity10th@gmail.com
Hamlet Community Relations

Dear Mr. Romero and Ms. Borean:

Unfortunately, my client Beverly Buncher is apparently again in need of legal assistance because Hamlet at Poinciana Condominium Inc. does not understand its obligation to accommodate residents that rely upon animals for disability-related assistance. There is no authority for a housing provider to require a resident that has <u>already</u> been granted a waiver of a no pet rule for an emotional support animal to verify that she still needs an accommodation simply because her emotional support animal(s) have died. The Fair Housing Act (FHA) protects individuals with disabilities as well as individuals <u>with a history of suffering from a disability</u>. Under the FHA, a disabled individual is one who has "(1) a physical or mental impairment which substantially limits one or more of such person's major life activities, (2) *a record of having such an impairment*, or (3) been regarded as having such an impairment." 42 U.S.C. § 3602(h)(1)-(3).(emphasis added) A resident that has experienced a remission of his or her symptoms is still entitled to the protections of the Fair Housing Act and may not be denied the right to obtain an emotional support animal or required to again prove his or her disability related need for an accommodation.

Hamlet at Poinciana Condominium Inc. also cannot prevent someone from residing with her emotional support animal "because the rules were not followed." The fact that my client was commanded to remove her emotional support animal when Hamlet at Poinciana Condominium Inc. is fully aware that she has a record of having an impairment and was <u>already</u> granted an accommodation is particularly troubling because it demonstrates ignorance of the requirements of the FHA, a lack of understanding of mental illness, and frankly, an appalling lack of compassion.

**EXHIBIT 12**

As a show of good faith, and not based upon any legal obligation to do so, I am enclosing a recent letter from Ms. Buncher's mental health care provider confirming her current need for her emotional support animal. Ms. Buncher will not be removing her emotional support animal, nor will she be completing the application for an emotional support animal as her need to live with a dog for emotional support has already been verified and now re-verified. A housing provider cannot deny a requested accommodation, or in this case retract one that has already been granted simply because the disabled resident did not submit a specific form or provide information in the preferred format.

Please immediately confirm that the Board has retracted its illegal demand that Beverly Buncher remove her emotional support animal. I will not hesitate to take action against the Association and its Board if my client experiences further harassment or illegal demands that she complete additional "paperwork" as a condition of residing in her home with her emotional support animal.

Please direct any communications regarding this matter to me, not to Beverly Buncher.

Sincerely,

s/ *Marcy I. LaHart*
Marcy LaHart, Esq.



**2024-2025 OFFICERS**

**CHAIR**
**BOARD OF DIRECTORS**
Rick Paul

**IMMEDIATE PAST CHAIR**
Stephen Mendelsohn*

**SECRETARY**
Judi Donoff*

**TREASURER**
Darryl Kogan

**VICE CHAIRS:**

**BOARD DEVELOPMENT**
Alana Hoch

**FINANCIAL RESOURCE DEVELOPMENT**
Melissa Hoffman

**FOOD PROGRAMS**
Roger Leavy

**LEGAL**
Marcia Langley

**PERSONNEL**
Ed Levine

**STRATEGIC PLANNING**
Ron Gallatin

**PRESIDENT & CEO**
Danielle N. Hartman, MNM

*Past Chair

To whom it may concern,

My name is Ariel Mantzoor, and I am a Licensed Clinical Social Worker, working as a Psychotherapist at the Ruth Rales Jewish Family Services Counseling Center in Boca Raton, FL. Beverly Buncher is currently my client, under my care, and has been since November 2024. Mrs. Buncher struggles with anxiety, which interferes with functioning and major life activities, such as work, sleep, and physical health. Having an emotional support animal in the past has greatly improved Mrs. Buncher's livelihood and symptoms of anxiety, and I believe that this is crucial to her wellbeing to continue having this form of support and companionship, in my professional opinion.

Kind regards,
Ariel Mantzoor, LCSW

X _____
Ariel Mantzoor

01/27/25
ArielM@RalesJFS.org














**MAIN OFFICE:**
21300 Ruth & Baron Coleman Boulevard
Boca Raton, FL 33428-1757
P: (561) 852-3333 F: (561)852-3332
www.ralesjfs.org

**SATELLITE OFFICES:**
Shirley & Barton Weisman Delray Community Center
7091 West Atlantic Avenue
Delray Beach, FL 33446
P: (561) 558-2100 F: (561) 558-2175

Jacobson Family Food Pantry
430 South Congress Avenue, Unit 1C
Delray Beach, FL 33445
P: (561) 274-1940

Toby and Leon Cooperman Therapy & Family Resource Center
21100 Ruth & Baron Coleman Boulevard
Boca Raton, FL 33428
P: (561) 852-5900