UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. _____

BEVERLY BUNCHER,

       Plaintiff,

vs.

HAMLET AT POINCIANA CONDOMINIUM
ASSOCIATION, INC., and CENTURY
MANAGEMENT CONSULTANTS, INC.,

       Defendants.
_____/

**TABLE OF EXHIBITS TO COMPLAINT**

| EXHIBIT NO. | DATE (IF ANY) | DOCUMENT |
|---|---|---|
| 1 | January 21, 2022 | Russell Donnelly Email |
| 2 | January 21, 2022 | Service Animal/Emotional Support Animal Application (initial) |
| 3 | January 24, 2022 | Completed Application, with psychologist's attestation |
| 4 | January 25, 2022 | Executed consent to contact health care provider |
| 5 | February 1-2, 2022 | Email exchange Russell Donnelly and realtor |
| 6 | February 2, 2022 | New form: "HAMLET…GUIDELINES AND RULES FOR EMOTIONAL SUPPORT ANIMALS…" |
| 7 | February 3, 2022 | Plaintiff's counsel's letter to property manager |
| 8 | February 4, 2022 | Russell Donnelly email |
| 9 | January 10-13, 2025 | Borean, Plaintiff, and Romero email exchange |
| 10 | January 13, 2025 | New form w/ strikeouts: "Hamlet Guidelines and Rules" |
| 11 | January 13, 2025 | New form/Application for Service and ESAs |
| 12 | January 28, 2025 | Pre-Suit Notice |