UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 25-80662-CIV-CANNON/McCabe

**BEVERLY BUNCHER,**

    Plaintiff,
v.

**HAMLET AT POINCIANA CONDOMINIUM ASSOCIATION, INC.** and **CENTURY MANAGEMENT CONSULTANTS, INC.,**

    Defendants.
_____/

ORDER SCHEDULING MEDIATION
AND SETTING MEDIATION PROCEDURES

**THIS MATTER** comes before the Court upon the Joint Notice of Scheduling Mediation, filed on November 21, 2025 [ECF No. 43]. Upon review, it is **ORDERED AND ADJUDGED** as follows:

1. The mediation in this case shall be held **in-person** Jeffrey Colbath on February 10, 2025, at 12 P.M., at 2000 PGA Blvd., Suite 4440, Palm Beach Gardens, Florida 33408.

2. At least **two (2) days** before the mediation, the parties shall submit to the mediator a confidential written summary of the case identifying issues to be resolved. **The mediator shall not dispense with this requirement**, notwithstanding any other practice, custom, or provision in the Local Rules or elsewhere.

3. The parties are reminded that a report of their mediation must be **filed by the parties** within **five (5) days** of mediation. A mediation report filed by the mediator is insufficient to comply with this Order. The mediation report shall indicate when and where the mediation was conducted; the name of the mediator; who attended the mediation; whether the case

    settled (in full or in part); whether it was adjourned; whether the mediator declared an impasse; and whether the parties submitted to the mediator a confidential written summary as directed in this Order.

4. If the parties reach a full resolution of all outstanding claims in the action prior to the scheduled date of court-ordered mediation and thus wish to be relieved of the requirements of this Order, they shall file—**at least three (3) business days before the scheduled mediation**—a joint motion to be excused from mediation along with a contemporaneously filed notice of settlement signed by counsel for all parties to the settlement.  **The parties shall plan accordingly and avoid last-minute negotiations that may interfere with compliance with this Order**.

5. **No changes to any aspect of this Order may be made absent a properly filed motion for such relief and Court approval**.  **Failure to comply with all aspects of this Order may result in sanctions, regardless of the status of the case**.

    **ORDERED** in Chambers at Fort Pierce, Florida, this 24th day of November 2025.

*[signature]*

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record