UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:25-80662-CIV-CANNON

BEVERLY BUNCHER,

    Plaintiff,

vs.

HAMLET AT POINCIANA CONDOMINIUM
ASSOCIATION, INC., and CENTURY
MANAGEMENT CONSULTANTS, INC.,

    Defendants.
_____/

## NOTICE OF INTENTION TO SERVE SUBPOENA

TO:    VENZA LAW, PLLC
        12161 Mercado Drive, #227
        Venice Beach, Florida 33409
        Email: dvenza@venzalawpllc.com

        MARCY I. LAHART, PLLC
        861 S. 40th Street
        Tacoma, Washington 98418
        Email: marcy@floridaanimallawyer.com

**YOU ARE NOTIFIED** that after fifteen (15) days from the date of service of this notice, the undersigned will issue the attached subpoena directed to JAMES B. CAMPBELL, PSY.D. who is not a party and whose address is 130 S. University Drive, Suite A, Plantation, Florida 33324, to produce the items listed at the time and place specified in the subpoena.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished on this 5th day of February 2026, via CM/ECF portal, Email, Facsimile or U.S. mail to: VENZA LAW, PLLC AND MARCY I. LAHART, PLLC., Counsel for Plaintiff Beverly Buncher, 12161 Mercado Drive, #227, Venice Beach, Florida 33409 and 861 S. 40th Street, Tacoma, Washington, 98418, dvenza@venzalawpllc.com and marcy@floridaanimallawyer.com.

By: /s/ Scott Lee

Scott J. Lee, Esq. (FL Bar No.: 0454222)
Email: hoa@sjwlawgroup.com
Secondary Email: scott@sjwlawgroup.com
SJW Law Group, PLLC
12300 South Shore Blvd., Suite 202
Wellington, Florida 33414
Telephone: (561) 340-4555
Attorney for Defendant Hamlet at Poinciana Condominium Association, Inc. and Defendant Century Management Consultants, Inc.